UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Sonos, Inc., <br><br> Plaintiff, <br> v. <br><br> United States; United States Customs and Border Protection, and Troy A. Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection, <br><br> Defendants. | Court No. 22-00337 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE**, that plaintiff, Sonos, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
New York, New York 10022
Tel. (212) 557-4000
ESmithwiess@gdlsk.com

Dated: May 3, 2023
New York, New York

By:  /s/ Erik D. Smithweiss
     Erik D. Smithweiss

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is hereby dismissed.

Clerk, United States Court of International Trade

Dated:                              By: _____

12174334_1