UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Sonos, Inc., <br><br> Plaintiff, <br> v. <br><br> United States; United States Customs and Border Protection, and Troy A. Miller, in his official capacity as Acting Commissioner of United States Customs and Border Protection, <br><br> Defendants. | Court No. 22-00337 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE**, that plaintiff, Sonos, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
Dated: May 3, 2023           New York, New York 10022
New York, New York           Tel. (212) 557-4000
ESmithwiess@gdlsk.com

By:   /s/ Erik D. Smithweiss
      Erik D. Smithweiss

## ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is hereby dismissed.

Clerk, United States Court of International Trade

Dated: May 3, 2023           By: /s/   Geoffrey Goell
                                      Deputy Clerk

12174334_1